David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004

Attorney for defendant, **JOSE MALGON**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. 1: 06 CR 00342 LJO** |
| Plaintiff, ) | **EX PARTE REQUEST FOR DEFENDANT'S WAIVER OF APPEARANCE** |
| vs. ) | |
| JOSE MALGON, ) | Date: July 13, 2007 |
| Defendant. ) | Time: 8:30 a.m. |
| | Dept: Hon. Lawrence J. O'Neill |

**TO THE HONORABLE COURT:**

Defendant JOSE MALGON hereby knowingly, voluntarily and intelligently waives his right to be present at the hearing currently scheduled before the Honorable Lawrence J. O'Neill on July 13, 2007, at the hour of 8:30 a.m., where his presence is not necessary to ensure his constitutional rights. Defendant also knowingly, voluntarily and intelligently waives his right to be present at these proceedings under Federal Rules of Criminal Procedure, Rule 43. Further, defendant agrees that attorney David Balakian may appear on his behalf and that defendant will appear at any hearing next scheduled by the court. The Government does not oppose this request.

DATED: July 8, 2007          /s/ JOSE MALGON
                                     JOSE MALGON

DATED: July 8, 2007          /s/ DAVID BALAKIAN
                                     DAVID BALAKIAN

David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for defendant, **JOSE MALGON**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>vs. )<br>)<br>JOSE MALGON, )<br>)<br>Defendant. )<br>) | **CASE NO. 1: 06 CR 00342 LJO**<br><br>**ORDER** |

    This matter came before the court on defendant JOSE MALGON'S ex parte request that his personal appearance at the July 13, 2007 hearing be excused. The Court hereby grants the defendant's ex parte application and excuses his appearance on July 13, 2007.

    This order seems duplicitous.  This matter was raised and ruled upon on the record at the defendant's last appearance.

IT IS SO ORDERED.

**Dated:   July 9, 2007**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

2