ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
LUKE ANTHONY SCARMAZZO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>LUKE ANTHONY SCARMAZZO, et. al.<br><br>        Defendant. | Case No.: CR-F-06-0342 LJO<br><br>STIPULATION FOR CONTINUANCE<br>AND PROPOSED ORDER THEREIN |

    IT IS HEREBY STIPULATED between the parties herein, and their respective counsel that the Motions hearing now scheduled for Friday, September 7, 2007 be continued to Friday, October 12, 2007 at 11:00 a.m.

    This continuance is jointly requested by the parties (1) in order to allow time for Motions to be filed by several of the Defendant's who have yet to file their Motions due to Court schedules and the complex issues in this case; (2) individual defendants to effectively prepare, exercising due diligence, by continuing to review discovery in order to determine whether the case will proceed to trial or reach a disposition.

/ / /

/ / /

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  September 6, 2007

      /s/ Anthony P. Capozzi  
Anthony P. Capozzi,  
Attorney for Defendant,  
LUKE ANTHONY SCARMAZZO

Dated:  September 6, 2007

      /s/ Roger K. Litman  
Roger K. Litman,  
Attorney for Defendant,  
MONICA VALENCIA

Dated:  September 6, 2007

      /s/ Robert L. Forkner  
Robert L. Forkner,  
Attorney for Defendant,  
RICARDO RUIZ MONTES

Dated:  September 6, 2007

      /s/ David V. Balakian  
David V. Balakian  
Attorney for Defendant,  
JOSE MALAGON

Dated:  September 6, 2007

          /s/ Nicholas F. Reyes
Nicholas F. Reyes,
Attorney for Defendant,
ANTONIO MALAGON

Dated:  September 6, 2007

          /s/ Preciliano Martinez
Preciliano Martinez,
Attorney for Defendant,
LUCKY BOISIERRE

Dated:  September 6, 2007

          /s/ James R. Homola
James R. Homola,
Attorney for Defendant,
BRAD HEINMILLER

Dated:  September 6, 2007

          /s/ Barbara H. O'Neill
Barbara H. O'Neill,
Attorney for Defendant,
STEPHEN DEMATTOS

Dated:  September 6, 2007

          /s/ Kathleen A. Servatius
Kathleen A. Servatius,
Assistant U.S. Attorney

# **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Hearing now set for September 7, 2007, is vacated and is now scheduled for October 12, 2007 at 11:00 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii), based on the good cause stated in the stipulation.

IT IS SO ORDERED.

**Dated:   September 6, 2007**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE