IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　vs.<br>LUKE SCARMAZZO , et al.,<br>　　　　　　Defendants.<br>_____/ | CASE NO. **CR F 06-0342 OWW**<br>**(New case number)**<br><br>**ORDER TO REASSIGN DISTRICT JUDGE** |

United States District Judge Lawrence J. O'Neill is currently conducting a jury trial in *Monique Guerrero, et al. v. General Motors Corp., et al.*, Case No. CV F 06-1539 LJO SMS, and that trial will continue into May.  The trial in this action is set for April 28, 2008 and thus conflicts with the *Guerrero* trial and other trials set before him.  As such, and with the advance permission of Senior District Judge Wanger, this action is reassigned to United States District Judge Oliver W. Wanger for all purposes. **All further papers shall bear the new case number CR F 06-0342 OWW.**

DATED: April 11, 2008　　　　　　　　　　　　　　/s/ *Lawrence J. O'Neill*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

THE TRANSFER IS APPROVED.

Dated:  April 11, 2008

　　　　　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28