McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
ELANA S. LANDAU
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorneys
2500 Tulare Street, Ste. 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 01:06-CR-00342 OWW |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| LUCKY BOISIERRE, ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Lucky Boisierre, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853, defendant Lucky Boisierre's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.   Approximately $9,000.00 of the $18,500.00 in U.S. Currency.

2. The above-listed property constitutes proceeds obtained, directly or indirectly, or was property used, or intended to be used, in any manner, or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 841(a)(1) and 846.

1

    3.    Within forty-five (45) days from entry of a Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return the following to Lucky Boisierre through his attorney Percy Martinez:

        a.    Approximately $9,500.00 of the $18,500.00 in U.S. Currency.

    4.    Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

    5.    a.    Pursuant to 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Modesto Bee</u> (Stanislaus County), a newspaper of general circulation located in the county in which the above-listed property was seized, notice of this Order, notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

        b.    This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

1    c.    The United States may also, to the extent
2 practicable, provide direct written notice to any person known to
3 have an alleged interest in the property that is the subject of the
4 Order of Forfeiture, as a substitute for published notice as to
5 those persons so notified.
6    6.    If a petition is timely filed, upon adjudication of all
7 third-party interests, if any, this Court will enter a Final Order
8 of Forfeiture pursuant to 21 U.S.C. § 853, in which all interest
9 will be addressed.
10    IT IS SO ORDERED.
11 **Dated:   May 28, 2008**                    /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

3