UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>                             )<br>                             )<br>            Plaintiff,       )<br>                             )<br>       v.                    )<br>                             )<br>LUKE SCARMAZZO,              )<br>RICARDO RUIZ MONTES,         )<br>                             )<br>            Defendants.      )<br>                             )<br>                             ) | 1:06-CR-00342 OWW<br><br><br>**ORDER RESCINDING JULY 7, 2009 ORDER** |

The objections of the government to the July 7, 2009 order requested by defendant Montes to unseal transcripts came on for hearing July 10, 2009.

After hearing the arguments of counsel for Ricardo Montes, Luke Scarmazzo, and the government, for the reasons stated in open court the order of July 7, 2009 is rescinded and the motions of both defendants to unseal transcripts of in camera proceedings on May 8 and May 9, 2008 are DENIED.

IT IS SO ORDERED.

**Dated:   July 10, 2009**                          **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE